

## NUMBER 13-13-00254-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

ORION MARINE CONSTRUCTION,
INC. F/K/A KING FISHER MARINE
SERVICE, L. P.,                                              Appellant,

v.

HECTOR DE LEON,                                              Appellee.

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

## ORDER OF ABATEMENT

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Order Per Curiam

This cause is before the Court because the court reporter, Dahlia Robledo, has

failed to timely file the reporter's record. The reporter's record in this cause was

originally due to be filed on June 11, 2013, but payment was not made until August 2013.

The reporter has previously requested and received two prior extensions of time to file the record, granting the reporter until December 18, 2013 to file the record. On January 24, 2014, Ms. Robledo filed a request for a third extension until February 28, 2014.

Ms. Robledo has notified the Court that she has an illness in the family. Appellants have notified the Court that they desire for the record to be completed so that they can pursue their appeal as quickly and expeditiously as possible.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the trial court shall determine if the reporter's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.6(f), if necessary. Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record, and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
28th day of January, 2014.

2